UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| MIGUEL PADILLA, et al. | ) | |

ORDER

The Court held a status conference in this case on July 19, 2012. At the status conference, Defendant Afredo Hernandez indicated that he intended to enter a guilty plea, and requested that the Court set an early hearing for entry of the plea. The Court granted the request, and set the hearing for July 26, 2012, at 10:00 a.m. The parties should submit a draft plea agreement to the Court on or before July 24, 2012.

On or before August 6, 2012, Defendant Padilla shall file any motions regarding the alleged search discussed at the status conference.

The Government indicated that if it is unable to resolve the case with Defendant Padilla in the next two weeks, it will likely seek a superseding indictment adding a charge under 18 U.S.C. § 924(c). Defendant Padilla indicated that he would not seek to continue the trial based on the added charge, but would seek funding to retain a firearms expert.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE