UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| ALFREDO HERNANDEZ | ) | |

## ORDER

The sentencing hearing in this case is set for October 15, 2012, at 10:30 a.m. The Defendant shall remain in Federal custody pending further order of the District Judge. The Defendant shall attend all Court hearings in this case.

All motions for a departure or pursuant to <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

It is so ORDERED.

*Todd Campbell*
_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE