UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| MIGUEL PADILLA | ) | |

## ORDER

The Court held a Pretrial Conference in this case on August 13, 2012. During the Pretrial Conference, the Court made the following rulings for the reasons stated from the bench:

1. Defendant's Motion for Jury Questionnaire (Docket No. 332) is DENIED.

2. Defendant's Motion to Compel Production of Statements of Co-Defendants or Co-Conspirators Who May Not Testify at Trial (Docket No. 333) is DENIED.

3. Motion to Compel Immediate Production of Statements (Docket No. 334) is DENIED. The Government has agreed, however, to produce Jencks material on or before August 31, 2012.

4. Defendant's Motion for Exculpatory Evidence (Docket No. 335) is RESERVED for decision. The Government shall file any response on or before August 16, 2012, and the Defendant shall file any reply on or before August 20, 2012.

5. Defendant's Motion to Compel the Early Production of Jencks Material (Docket No. 336) is DENIED, as moot. The Government has agreed to produce Jencks material on or before August 31, 2012.

6. Defendant's Motion in Limine (Lack of Truthfulness) (Docket No. 337) is DENIED, as moot. The Government has indicated that it will not seek to introduce the evidence described in the Motion at trial.

7. Defendant's Motion to Compel Notice of Intent to Offer Evidence of Other Crimes, Wrongs, or Acts (Docket No. 338) is DENIED, as moot. The Government has indicated that it will not seek to introduce Fed. R. Evid. 404(b) evidence at trial.

8. Defendant's Motion to Compel Pre-Trial Disclosure of Government Witnesses (Docket No. 339) is DENIED.

9. Defendant's Motion to Dismiss the Superseding Indictment (Docket No. 340) is RESERVED for decision. The Government shall file any response on or before August 16, 2012 and the Defendant shall file any reply on or before August 20, 2012.

10. Defendant's Motion to File Other and Further Pretrial Motions as Necessary (Docket No. 341) is GRANTED.

11. Defendant's Motion to Compel Notice of Expert Proof (Docket No. 342) is DENIED, as moot. The Government has indicated that it does not intend to call expert witnesses at trial.

12. Defendant's Motion to Compel Production of Unredacted and Uncoded Discovery (Docket No. 343) is DENIED.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE