UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| MARTIN HERNANDEZ PINELA | ) | |

ORDER

The sentencing hearing currently scheduled for August 16, 2012, at 1:00 p.m. is RESCHEDULED for August 16, 2012, at 9:30 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE