UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-00258 |
| ) | JUDGE CAMPBELL |
| MIGUEL PADILLA ) | |

## ORDER

Pending before the Court is an Unopposed Motion for Extension of Time (Docket No. 362). The Motion is GRANTED.

The Government shall have until August 20, 2012, to file its response to Defendant's Motion for Exculpatory Evidence (Docket No. 335).

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE