UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| MIGUEL PADILLA | ) | |

## ORDER

Pending before the Court is an Unopposed Motion for Extension of Time to Respond (Docket No. 364). The Motion is GRANTED.

The Government shall have until August 22, 2012, to file its response to Defendant's Motion for Exculpatory Evidence and Motion to Dismiss Superseding Indictment (Docket Nos. 335 and 340).

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE