UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| MIGUEL PADILLA | ) | |

## ORDER

On September 17, 2012, the jury found the Defendant guilty of Count One but was unable to reach a verdict on Count Two, and the Court declared a mistrial on Count Two only pursuant to the Defendant's motion. The case is rescheduled for a jury trial on Count Two only on November 13, 2012, at 9:00 a.m. 18 U.S.C. § 3161(e). A pretrial conference is scheduled for November 8, 2012, at noon.

All previous rulings of the Court regarding trial apply to the retrial of Count Two, absent further order of the Court. Any new motions in limine or jury instructions shall be filed by November 1, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE