UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-00258 |
| ) | JUDGE CAMPBELL |
| ALFREDO HERNANDEZ ) | |

ORDER

The sentencing hearing currently scheduled for November 19, 2013, at 9:00 a.m. is RESCHEDULED for November 19, 2013, at 10:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE