UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| MIGUEL PADILLA | ) | |

ORDER

Pending before the Court is the Government's Motion To Dismiss (Docket No. 555). Through the Motion, the Government requests that the Court dismiss Count Two of the Superseding Indictment without prejudice. The Defendant has not filed a response to the Motion.

The Motion is GRANTED. Accordingly, Count Two of the Superseding Indictment is DISMISSED, without prejudice. The trial on Count Two, set for January 14, 2014, as well as the Pretrial Conference, set for January 10, 2014, are CANCELLED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE