UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-00258 |
| ) | JUDGE CAMPBELL |
| VICENTE ARELLANO-GARCIA ) | |

ORDER

The sentencing hearing is CONTINUED until May 16, 2014, at 2:00 p. m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE