IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| VINCENTE ARELLANO GARCIA | ) | |

ORDER

The Court has received a letter from Defendant Vincente Arellano Garcia dated January 30, 2014. The Clerk is directed to file the letter. Counsel for Defendant shall have the letter translated and filed with the Court.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE